Carroll, }
Nov. 7, 1906. }

### ·HUTCHINS   *v.*   BERRY *& a.*

The plaintiff's motion to bring forward this case and others between the same parties (73 N. H. 611, 603, 310; 72 N. H. 211, 77; 71 N. H. 128, 117), and for further modifications of the order regulating the use of the reservoir formed by dam A, was denied. No questions of law other than those already considered were presented.

*James A. Edgerly, Arthur L. Foote,* and *Felker & Gunnison,* for the motion.

*Leslie P. Snow* and *Sewall W. Abbott,* opposed.